

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-27-2007

# In Re: Keith B. Webb

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-2366

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"In Re: Keith B. Webb " (2007). *2007 Decisions.* Paper 539.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/539

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**CLD-330**                                                          **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 07-2366
_____

IN RE: KEITH BRYANT WEBB,

Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. 06-cv-00778)

_____

Submitted Under Rule 21, Fed. R. App. P.
August 2, 2007

BEFORE: RENDELL, SMITH and JORDAN, CIRCUIT JUDGES

(Filed: August 27, 2007)
_____

OPINION
_____

PER CURIAM

In April 2006 Keith Webb filed a habeas corpus petition pursuant to 28 U.S.C. §

2241.  In April 2007 Webb filed a mandamus petition seeking an order compelling the

District Court to rule on his petition.  Shortly thereafter the District Court did so, denying

the petition on May 16, 2007.

Accordingly, the mandamus petition is moot, and we will deny it.